UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARVIN DEAN BASS,

  Plaintiff,

v.                                              CASE NO.: 1:24-cv-04976-LMM-JCF

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, AND NAVY
FEDERAL CREDIT UNION,

  Defendants.
  _____/

### NOTICE OF SETTLEMENT AS TO DEFENDANT, NAVY FEDERAL CREDIT UNION

COMES NOW Plaintiff, MARVIN DEAN BASS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, NAVY FEDERAL CREDIT UNION, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

1

Dated this 27th day of December, 2024.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 27th day of December, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
*Attorney for Plaintiff*

2