UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARVIN DEAN BASS,

  Plaintiff,

v.

                                        CASE NO.: 1:24-cv-04976-LMM-JCF

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, AND NAVY
FEDERAL CREDIT UNION,

  Defendants.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
EXPERIAN INFORMATION SOLUTIONS, INC.**

      COMES NOW Plaintiff, MARVIN DEAN BASS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

1

Dated this 6th day of January, 2025.

>/s/Octavio Gomez
> Octavio "Tav" Gomez
> Florida Bar #:0338620
> Georgia Bar #: 617963
> Pennsylvania #: 325066
> The Consumer Lawyers PLLC
> 501 E. Kennedy Blvd., Ste 610
> Tampa, FL 33602
> Cell: (813)299-8537
> Facsimile: (844)951-3933
> Tav@theconsumerlawyers.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 6th day of January, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>/s/Octavio Gomez
> Octavio "Tav" Gomez
> Georgia Bar #: 617963
> The Consumer Lawyers, PLLC
> *Attorney for Plaintiff*