IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARVIN DEAN BASS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:24-cv-04976-LMM-JCF |
| v. | : | |
| | : | |
| EQUIFAX INFORMATION | : | |
| SERVICES LLC, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Plaintiff in this matter notified the Court that he has reached settlements with all Defendants. Dkt. Nos. [11, 13, 15, 16]. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissals.[1] The parties are **DIRECTED** to file within SIXTY (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 6th day of January, 2025.

**Leigh Martin May**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.